

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00026-CR

JASON LAMON MAYES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 27450

Before Morriss, C.J., Burgess and Stevens, JJ.

# O R D E R

Our review of the reporter's record in this case indicates that it contains "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number." TEX. R. APP. P. 9.10(a)(1). Volume eight of the reporter's record, together with Exhibit 27 Case Report and Exhibit 27, include social security numbers. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because volume eight of the reporter's record, together with Exhibit 27 Case Report and Exhibit 27, contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed volume eight of the reporter's record, together with Exhibit 27 Case Report and Exhibit 27, in this case.

IT IS SO ORDERED.

BY THE COURT

Date: October 22, 2019